No. 1946. People, Appellee, *v.* Nieves, Appellant. — Second District Court of San Juan. Adulteration of milk. Decided June 15, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed*.

No. 2785. Ramos, Appellee, *v.* García, Appellant.—District Court of Aguadilla. Decided June 16, 1922. Motion by the appellee for dismissal. *Motion overruled*.

No. 1949. People, Appellee, *v.* Rodríguez, Appellant.— First District Court of San Juan. Assault and battery. Decided June 16, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Modified and affirmed*.

No. 1950. People, Appellee, *v.* Cruz, Appellant.—District Court of Humacao. Violation of section 94 of the Penal Code. Decided June 19, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed*.

No. 2801. F. Fresno & Co., Appellants, *v.* Pérez et al., Appellees. — District Court of Humacao. Action of debt. Decided June 20, 1922. Motion by the appellants withdrawing the appeal. *Appeal withdrawn*.

No. 2800. Berríos, Appellee, *v.* Municipality of Yabucoa, Appellant. — District Court of Humacao. Injunction. Decided June 20, 1922. Motion by the appellee for dismissal. No bill of exceptions or statement of the case having been presented in the court below and the transcript not having been filed in this court, the motion is sustained. *Dismissed*.